IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ZOUHEIR SAUL FAKHOURI,         :
    Petitioner,                :
                               :    1:12-cv-756
    v.                         :
                               :    Hon. John E. Jones III
BRIAN THOMPSON, *et al.*,      :
    Respondents.               :

## ORDER

August 20, 2014

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability.

            s/ John E. Jones III
            John E. Jones III
            United States District Judge